# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EKATERINI ALEXOPOULOS,**
Appellant,

v.

**STEVEN GOLDSMITH, P.A.** and **STEVEN M. GOLDSMITH,**
Appellees.

No. 4D21-2571

[May 19, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 10-13480 CACE (14).

Ekaterini Alexopoulos, Boca Raton, pro se.

Seth A. Kolton and Anthony Rodriguez of Shendell & Pollock, P.L., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***